UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD MADRID,<br><br>                      Plaintiff(s),<br><br>vs.<br><br>METRO POLICE DEPARTMENT, et al.,<br><br>                      Defendant(s). | Case No. 2:16-cv-02995-APG-NJK<br><br>ORDER<br><br>(Docket No. 6) |

       On December 27, 2016, Plaintiff filed an application to proceed *in forma pauperis*, along with a complaint. Docket No. 1. On January 9, 2017, the Court granted Plaintiff's application to proceed *in forma pauperis*, but dismissed his complaint with leave to amend for failure to state a claim upon which relief may be granted. Docket No. 4. In inviting Plaintiff to submit an amended complaint, the Court explicitly advised him that "the Court cannot refer to a prior pleading (i.e., his original Complaint) in order to make the Amended Complaint complete." *Id.* at 4. The Court further advised Plaintiff that if he submitted an amended complaint, "each claim and each defendant must be sufficiently alleged." *Id.* Finally, the Court warned that failure to comply with the order would result in the recommended dismissal of Plaintiff's case. *Id.*

       Plaintiff has now filed what he identifies as a response to the Court's notice at Docket No. 3. Docket No. 6. Plaintiff states that "[t]he information provided in this mailing contains attachments labeled A, B, & C which, along with other information in addition to the original

complaint responds to the Court's request." *Id.* at 1.  The Court construes this filing as a response to its screening order at Docket No. 4, as Docket No. 3 is simply a notice advising Plaintiff that his original complaint was received. *See* Docket No. 3 ("Please be advised that the papers you recently sent the court have been received . . . Your case has been submitted for review and action by a judicial officer").

The Court therefore extends the time for Plaintiff to file an amended complaint that complies with the Court's order at Docket No. 4, until March 9, 2017.  Failure to comply will result in a recommendation of dismissal of this action without prejudice.  The Court **INSTRUCTS** the Clerk's Office to mail Plaintiff a second copy of its order at Docket No. 4 to assist Plaintiff in complying with its requirements.

IT IS SO ORDERED.

Dated: February 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge