# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD A. MADRID, | ) |
| Plaintiff, | ) Case No. 2:16-cv-02995-APG-NJK |
| vs. | ) ORDER |
| METRO POLICE DEPARTMENT, et al., | ) (Docket No. 9) |
| Defendants. | ) |

On February 22, 2017, Plaintiff filed a motion to incarcerate one of the defendants in the instant action. Docket No. 9. This motion is deficient for many reasons including, but not limited to, no operative complaint exists in this matter and Plaintiff failed to cite any points and authorities in support of his motion. The Court therefore DENIES Plaintiff's motion to incarcerate. Docket No. 9.

IT IS SO ORDERED.

DATED: March 2, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge