UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD A. MADRID,<br><br>                    Plaintiff,<br><br>       v.<br><br>METROPOLITAN POLICE DEPARTMENT, et al,<br><br>                    Defendants. | Case No. 2:16-cv-02995-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>(ECF No. 13) |

On March 16, 2017, Magistrate Judge Koppe entered her Report and Recommendation recommending dismissal of this case due to the plaintiff's repeated failure to file an amended complaint. ECF No. 13. The plaintiff did not object to that Report and Recommendation. He did, however, file two additional documents in the record attempting to lay out the authorities for the claims he hopes to assert in this case. ECF Nos. 14, 15. Those papers do not constitute an amended complaint, nor do they satisfy Magistrate Judge Koppe's requirements in her various orders in this case. Despite the absence of a formal objection to Magistrate Judge Koppe's Report and Recommendation, out of an abundance of caution I have conducted a de novo review of the issues set forth therein. Magistrate Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision.

IT IS HEREBY ORDERED that the Report and Recommendation **(ECF No. 13) is accepted, and this case is DISMISSED WITHOUT PREJUDICE.** The clerk of the court is directed to close this file.

Dated: April 5, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE